**UNITED STATES of America Plaintiff—Appellee,**

v.

**Ivan G. BEAULIEU Defendant— Appellant.**

**No. 01–3251.**

United States Court of Appeals, Sixth Circuit.

May 30, 2002.

Before BOGGS and KRUPANSKY, Circuit Judges; and HOOD, District Judge.*

* The Honorable Joseph M. Hood, United States District Judge for the Eastern Division of

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.